# Court of Appeals
# of the State of Georgia

ATLANTA, February 25, 2026

*The Court of Appeals hereby passes the following order:*

## A26A1187. CRYSTAL CLEVELAND v. SUMTER COUNTY et al.

Crystal Cleveland filed a petition for a declaratory judgment and a writ of mandamus in the superior court. The trial court denied the petition for writ of mandamus on July 9, 2025. The court denied her motion for reconsideration on July 15, 2025. Cleveland filed a notice of appeal on October 7, 2025. We lack jurisdiction.

A notice of appeal must be filed within 30 days of entry of the judgment or trial court order sought to be appealed. OCGA § 5-6-38(a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Perry v. Paul Hastings, LLP*, 362 Ga. App. 140, 141 (866 SE2d 855) (2021). Moreover, the denial of a motion for reconsideration is not itself appealable and does not extend the time for filing a notice of appeal. *Savage v. Newsome*, 173 Ga. App. 271, 271 (326 SE2d 5) (1985). Because Cleveland filed her notice of appeal more than two months after entry of the order denying her petition, the appeal is untimely. Thus, we lack jurisdiction over the appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 02/25/2026

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*